570 A.2d 985

STATE OF NEW JERSEY v. RICHARD FERRANT.

December 5, 1989.

Petition for certification denied.

570 A.2d 985

STATE OF NEW JERSEY v. RICHARD WRIGHT.

December 5, 1989.

Petition for certification denied. (See 213 *N.J.Super.* 291, 517 *A.*2d 171)

570 A.2d 985

STATE OF NEW JERSEY v. LONNIE D. SMITH.

December 5, 1989.

Petition for certification denied.

570 A.2d 985

STATE OF NEW JERSEY v. MARY FIELDS.

December 5, 1989.

Petition for certification denied.